UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH HAMPTON, GABRIELLE, HARRIS, and  )
ALISA BROGDEN,                            )
                                          )
            Plaintiffs,                   )
                                          )    **JUDGMENT IN A**
                                          )    **CIVIL CASE**
v.                                        )    **CASE NO. 5:18-CV-485-D**
                                          )
KPM LLC, KPM CAROLINAS LLC, KOTARIDES     )
HOLDINGS LLC, HILLANDALE NORTH LLC,       )
2052 LLC d/b/a CLAIRMONT AT BRIER CREEK, and)
1752 LLC d/b/a CLAIRMONT AT PERRY CREEK,   )
                                          )
            Defendants.                   )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on December 18, 2018 dismissed defendants KPM Carolinas LLC and Kotarides Holdings LLC with a stipulation of dismissal.


IT IS FURTHER ORDERED, AND DECREED that the court GRANTS defendants' motion for judgment on the pleadings [D.E. 40], DENIES plaintiffs' motion for partial judgment on the pleadings [D.E. 42], DECLINES to exercise supplemental jurisdiction over defendants' counterclaims [D.E. 30], DENIES as moot plaintiffs' motion to dismiss for lack of jurisdiction [D.E. 38], DISMISSES WITHOUT PREJUDICE defendants' counterclaims [D.E. 30], and DISMISSES plaintiffs' complaint [D.E. 1-3].


**This Judgment Filed and Entered on October 30, 2019, and Copies To:**

| | |
|---|---|
| Karl Stephen Gwaltney | (via CM/ECF electronic notification) |
| Scott C. Harris | (via CM/ECF electronic notification) |
| Patrick M. Wallace | (via CM/ECF electronic notification) |
| Jackson R. Price | (via CM/ECF electronic notification) |
| Matthew F. Tilley | (via CM/ECF electronic notification) |
| Michael A. Ingersoll | (via CM/ECF electronic notification) |
| Mark P. Henriques | (via CM/ECF electronic notification) |

DATE:                          PETER A. MOORE, JR., CLERK

October 30, 2019               (By)  /s/ Nicole Sellers

                               Deputy Clerk