IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:18-cv-485-D

| | |
|---|---|
| KENNETH HAMPTON, GABRIELLE HARRIS, and ALISA BROGDEN, <br><br> Plaintiffs, <br><br> v. <br><br> KPM LLC, HILLANDALE NORTH LLC, 2052 LLC d/b/a CLAIRMONT AT BRIEF CREEK, 1752 LLC d/b/a CLAIRMONT AT PERRY CREEK <br><br> Defendants. | **ORDER** |

THIS MATTER came before the Court upon the Joint Motion for Indicative Ruling to Effect Terms of Settlement pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed on (1) the Parties' Joint Motion for Relief from the Judgment entered on October 30, 2019 pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure [D.E. 60]; and (2) a Motion for Approval of a Class Action Settlement pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Having considered the Parties' Motion and the entire record, the Court is of the opinion and so finds, that the motion raises a substantial issue that will be considered by the Court if it is so remanded by the Court of Appeals for the Fourth Circuit.

IT IS THEREFORE, ORDERED BY THE COURT that the motion raises substantial issue that will be considered by the Court if it is so remanded by the Court of Appeals for the Fourth Circuit.

SO ORDERED. This 8 day of September 2020.

                                                JAMES C. DEVER III
                                                United States District Judge